UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

BLUEBERRY FUNDING LLC and EADMK LLC, :  Case No.: 7:26-cv-04843

                           :
        Plaintiffs,              :          Civil Action

                           :

        -against-             :

                           :

RIVERSIDE ABSTRACT LLC, AVERY     :
EISENREICH, SHAUL C. GREENWALD,  :
ARYEH LAZARUS, SAMUEL LOWINGER,  :     **NOTICE OF PARTIAL**
MARK J. NUSSBAUM, AZI MINDICK, JOSEPH :  **VOLUNTARY DISMISSAL**
TREFF, YOEL ZAGELBAUM, and FIDELITY  :      **ON BEHALF OF**
INVESTMENTS CHARITABLE GIFT FUND,  :  **PLAINTIFF EADMK LLC**

                           :

        Defendant.          :
----------------------------------------------------------------x

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff EADMK LLC hereby voluntarily dismisses without prejudice all of its claims against all Defendants in this action. This voluntary dismissal by Plaintiff EADMK LLC does not impact the claims asserted by Plaintiff BLUEBERRY FUNDING LLC in this action. All claims by Plaintiff BLUEBERRY FUNDING LLC remain pending.

Dated: August 5, 2026

                      BOCHNER PLLC

           By:    */s/ Jeremy M. Doberman*
                  Jeremy M. Doberman, Esq.
                  1040 Avenue of the Americas, 15th Floor
                  New York, New York 10018
                  *Attorneys for Plaintiff*
                  *EADMK LLC*